802

denied. *Nathan Moran* for petitioners. *Acting Solicitor General Washington, Sewall Key* and *J. Louis Monarch* for respondent. ▋

▋

No. 722. McDONALD *v.* SHEPHERD. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Moe M. Tonkon* for petitioner. ▋

No. 729. BEACH, EXECUTOR, *v.* BUSEY, COLLECTOR OF INTERNAL REVENUE. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Edwin H. Chaney, John J. Adams* and *Warner M. Pomerene* for petitioner. *Acting Solicitor General Washington, Sewall Key, Robert N. Anderson* and *Melva M. Graney* for respondent. ▋

No. 733. INTERSTATE NATURAL GAS Co., INC. *v.* FEDERAL POWER COMMISSION ET AL. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *William A. Dougherty* and *Henry P. Dart, Jr.* for petitioner. *Acting Solicitor General Washington* and *Louis W. McKernan* for the Federal Power Commission, respondent. *Russell B. Brown, L. Dan Jones, Harold L. Kennedy, Donald C. McCreery, Charles I. Francis, Forrest M. Darrough, Hiram M. Dow, Walace Hawkins, L. G. Owen* and *Wm. H. Rector* filed a brief for the Independent Natural Gas Association of America et al., as *amici curiae,* in support of the petition.